Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James D. Burggren Sr.** : | Case No. 15−24436−GLT |
| **Kelley Ann Burggren** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| PNC Bank, N.A. : | |
| *Movant,* : | Related to Claim No. 15 |
| : | |
| v. : | |
| James D. Burggren Sr. : | |
| Kelley Ann Burggren : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 14, 2018 .

THE NOTICE OF MORTGAGE PAYMENT CHANGE MUST COMPLY WITH THE FED. R. BANKR. P. 9011; THE DOCUMENT MUST BE PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR. Example: /S/ TYPED NAME OF FILER (ON SIGNATURE LINE OF THE NOTICE OF MORTGAGE PAYMENT CHANGE)

Dated: October 31, 2018

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-24436-GLT
James D. Burggren, Sr.                                          Chapter 13
Kelley Ann Burggren
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 1           Date Rcvd: Oct 31, 2018
                              Form ID: 128            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
```
db/jdb       +James D. Burggren, Sr.,    Kelley Ann Burggren,    514 Aten Road,    Coraopolis, PA 15108-9339
aty          +Paul W. McElrath, Jr.,    McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,
               Pittsburgh, PA 15210-3433
             +Lucy Miller,    PNC Mortgage a division of PNC Bank NA,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor James D. Burggren, Sr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7
```