**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/14/2020

IN RE:

JAMES D. BURGGREN, SR.
KELLEY ANN BURGGREN
514 ATEN ROAD
CORAOPOLIS,  PA  15108
XXX-XX-7065          Debtor(s)

XXX-XX-2175

Case No.15-24436 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/14/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:16 <br><br> CLAIM: 1,768.23 <br> COMMENT: NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7065 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: /PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PNC BANK NA** <br> POB 94982 <br><br><br> CLEVELAND, OH  44101 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number:14-3 <br><br> CLAIM: 2,288.00 <br> COMMENT: PMT/PL-CL*88x(60+2)=LMT*2ND*AMD*BAL WAIVED/CR/LTR*CL=8765.13 | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 7477 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br><br><br> MIAMISBURG, OH  45342 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number:15-3 <br><br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*BGN 1/16*1256.74@PNC MTG/PL*DK4PMT-LMT*AMD | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 8359 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:5   INT %: 0.00% <br> Court Claim Number:7 <br><br> CLAIM: 3,933.67 <br> COMMENT: C7 GOVS*2200/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 7065 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTN** <br> POB 129* <br><br> MONROEVILLE, PA  15146 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8473 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTN** <br> POB 129* <br><br> MONROEVILLE, PA  15146 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 137A |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTN** <br> POB 129* <br><br> MONROEVILLE, PA  15146 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 151A |
| **ACCESS RECEIVABLE MANAGEMENT** <br> PO BOX 1377 <br><br><br> COCKEYSVILLE, MD  21030 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9273 |
| **ALLIED ADJUSTORS** <br> PO BOX 1006 <br><br><br> ALIQUIPPA, PA  15001 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number:4 <br><br> CLAIM: 341.70 <br> COMMENT: 85N1/SCH*BRIGHTON RADIOLOGY*NO POD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5737 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ALLIED ADJUSTORS**<br>PO BOX 1006<br><br>ALIQUIPPA, PA 15001 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 365.70<br>COMMENT: 84N1/SCH*BRIGHTON RADIOLOGY*NO POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4184 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 17,047.13<br>COMMENT: STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **CACH LLC**<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8828 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 895Q |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 503.19<br>COMMENT: VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5662 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 25N1 |
| **CREDIT COLLECTIONS USA++**<br>POB 873<br><br>LAS VEGAS, NV 89193 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2501 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1406 |
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC 29603 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4470 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1378 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 27,834.81<br>COMMENT: 0001~FED LN SVCNG/SCH*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0605 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 5,829.61<br>COMMENT: GEMB/PAYPAL*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6982 |
| **NATIONAL RECOVERY AGENCY GROUP**<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8772 |
| **NATIONAL HOSPITAL COLLECTIONS***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV  26501 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0201 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC**<br>C/O ECMC(*)<br>LOCK BOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 19,326.63<br>COMMENT: 1007/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **NYS HIGHER EDUCATION SERVICE**<br>99 WASHINGTON AVE<br><br>ALBANY, NY  12255 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0461 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 262.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC MORTGAGE**<br>ATTN BKRPTCY PMT PROCESSING<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8359 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAID IN FULL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7509 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6897 |
| **PYOD LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 10,716.94<br>COMMENT: ROUNDUP/MBNA*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0769 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0966 |
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 15090 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MED EXPRESS URGENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0806 |
| **US DEPARTMENT OF EDUCATION++**<br>PO BOX 4222<br>IOWA CITY, IA 52244 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMBINED @ 38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9913 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 17-3<br>CLAIM: 4,389.59<br>COMMENT: 5825/SCH*GU BAR TIMELY*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **UNITED BANK**<br>69 MAIN ST<br>SMITHFIELD, PA 15478 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8365 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 996.76<br>COMMENT: VERIZON WIRELESS/SCH*CHARGE OFF 9/25/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **VITTI LAW GROUP INC**<br>333 ALLEGHENY AVE STE 303<br><br>OAKMONT, PA 15139 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WEST ALLEGHENY SD & FINDLAY TWP (EIT)**<br>C/O BERKHEIMER TAX ADMIN (DLNQ YRS)<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CONFIRM TYPE?/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2175 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIGHTON RADIOLOGY ASSOCIATES**<br>3582 BRODHEAD RD STE 204<br><br>MONACA, PA 15061-3142 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMCAST\*++**<br>610 EPSILON DR<br><br>PITTSBURGH, PA 15238 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK\***<br>POB 400\*<br><br>INDIANA, PA 15701 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HERITAGE VALLEY BEAVER**<br>1000 DUTCH RIDGE<br><br>BEAVER, PA 15009 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KENNEDY MEDICAL IMAGING**<br>1800 PINE HOLLOW RD<br><br>KENNEDY TWP, PA 15136 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VITTI LAW GROUP INC**<br>333 ALLEGHENY AVE STE 303<br><br>OAKMONT, PA 15139 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CP MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 630.00<br>COMMENT: NT/SCH*HERITAGE VALELY SEWICKLEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3000 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 489.41<br>COMMENT: C7 GOVS*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 14-3<br>CLAIM: 67.35<br>COMMENT: 616/PL*2ND*AMD*BAL WAIVED/PLTR*CL=352 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7477 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 15-3<br>CLAIM: 13,518.11<br>COMMENT: THRU 12/15*13500@PNC MTG/PL*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8359 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 242.24<br>COMMENT: NT/SCH*ACCT OPEN 7/28/06 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |