**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/22/21 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JAMES D. BURGGREN, SR.<br>KELLEY ANN BURGGREN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JAMES D. BURGGREN, SR.<br>KELLEY ANN BURGGREN<br><br>      Respondents | Case No.15-24436GLT<br><br>Chapter 13<br><br>Document No. 67 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___22nd___ day of January, 20 21 it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna Companies(*)  (Emp)
C/O Cigna Legal & Public Affairs
Attn Garnishments - Routing B6Lpa
900 Cottage Grove Rd
Bloomington,CT 06152

is hereby ordered to immediately terminate the attachment of the wages of KELLEY ANN BURGGREN, social security number XXX-XX-2175.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KELLEY ANN BURGGREN.

]

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24436-GLT |
| James D. Burggren, Sr. | Chapter 13 |
| Kelley Ann Burggren | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James D. Burggren, Sr., Kelley Ann Burggren, 514 Aten Road, Coraopolis, PA 15108-9339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK N.A. kbuttery@rascrane.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK NA kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Debtor James D. Burggren Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 9