Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James D. Burggren Sr.** | : | Case No. 15−24436−GLT |
| **Kelley Ann Burggren** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 73 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/5/21 at 02:30 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before April 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *May 5, 2021 at 02:30 PM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 15-24436-GLT |
|---|---|
| James D. Burggren, Sr. | Chapter 13 |
| Kelley Ann Burggren | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jhel | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James D. Burggren, Sr., Kelley Ann Burggren, 514 Aten Road, Coraopolis, PA 15108-9339 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14147402 | ++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806 address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14197941 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14147400 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14147401 | + | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14161059 | + | Allied Adjustors Inc., P.O. Box 1006, Aliquippa, PA 15001-0806 |
| 14147403 | + | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14147404 | + | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14147405 | + | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14147416 | + | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14147417 | + | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156056 | + | Heritage Valley, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14147418 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14147419 | + | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14161503 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14147424 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14147425 | | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14147427 | + | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14147431 | | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14147435 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14163473 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14229143 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14147436 | + | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14147438 | + | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14147439 | + | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14147440 | + | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14147414 | | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14185313 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:36:09 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14147406 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:37:17 | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |

Case 15-24436-GLT    Doc 75    Filed 02/25/21    Entered 02/26/21 00:47:02    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14147408 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 24 2021 03:21:00 | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156045 | + | Email/Text: documentfiling@lciinc.com | Feb 24 2021 03:18:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14147409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 03:20:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14147411 | + | Email/Text: ccusa@ccuhome.com | Feb 24 2021 03:18:00 | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14147412 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 24 2021 03:21:00 | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14227348 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:22:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14147413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:04 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14147415 | + | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:21:00 | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156054 | + | Email/Text: bankruptcynotice@fcbanking.com | Feb 24 2021 03:19:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14156059 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14147407 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:45:11 | Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14220146 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:37:17 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14147420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:38:31 | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14147421 | + | Email/Text: Bankruptcies@nragroup.com | Feb 24 2021 03:22:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14147422 | + | Email/Text: nhc@nhchome.com | Feb 24 2021 03:18:00 | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14147423 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2021 03:38:28 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156067 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:20:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14221641 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14156069 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156071 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14147428 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14147429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:43:32 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14147430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:37:17 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14221058 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:04 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

| Recip ID | | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| 14149617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14147426 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | Pnc Mort, 3232 Nemark Dr, Miamisburg, OH 45342-5433 |
| 14168578 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158791 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14147432 | | Email/Text: amieg@stcol.com | Feb 24 2021 03:19:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14147433 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 24 2021 03:21:00 | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14147437 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 03:18:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK NA |
| 14147434 | | Tsi/51 |
| 14156038 | *P++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806, address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14156036 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14156037 | *+ | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14156039 | *+ | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14156040 | *+ | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14156041 | *+ | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14156042 | *+ | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14156044 | *+ | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156046 | *+ | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14156047 | *+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |
| 14156048 | *+ | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14156049 | *+ | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14156050 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14156052 | *+ | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156053 | *+ | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14156055 | *+ | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156057 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156060 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14156058 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14156043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14156061 | *+ | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14156062 | *+ | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14156063 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14156064 | *+ | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14156065 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156066 | *+ | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14156072 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156073 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14156074 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14156068 | * | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14156070 | *+ | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |

| | | |
|---|---|---|
| 14156076 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14156075 | * | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14156077 | *+ | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14156078 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14156079 | *+ | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14156080 | *+ | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14156081 | *+ | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14156082 | *+ | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14156083 | *+ | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14156051 | * | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |
| 14147410 | ##+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |

TOTAL: 3 Undeliverable, 41 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK NA kbuttery@rascrane.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK  N.A. kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor James D. Burggren  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 9