**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES D. BURGGREN, SR.<br>KELLEY ANN BURGGREN<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:15-24436<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/04/2015 and confirmed on 3/17/16. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,973.56 |
| Less Refunds to Debtor | 3,099.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,873.68 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 5,243.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,243.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 2,288.00 | 2,288.00 | 0.00 | 2,288.00 |
|     Acct: 7477 | | | | |
|   PNC BANK NA | 0.00 | 77,652.99 | 0.00 | 77,652.99 |
|     Acct: 8359 | | | | |
|   PNC BANK NA | 67.35 | 67.35 | 0.00 | 67.35 |
|     Acct: 7477 | | | | |
|   PNC BANK NA | 13,518.11 | 13,518.11 | 0.00 | 13,518.11 |
|     Acct: 8359 | | | | |
| | | | | 93,526.45 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES D. BURGGREN, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES D. BURGGREN, SR. | 3,099.88 | 3,099.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,933.67 | 3,933.67 | 0.00 | 3,933.67 |
|     Acct: 7065 | | | | |
| | | | | 3,933.67 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 1,768.23 | 42.30 | 0.00 | 42.30 |
|     Acct: 7065 | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8473 | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 137A | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 151A | | | | |
|   ACCESS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9273 | | | | |
| ALLIED ADJUSTORS | 341.70 | 8.17 | 0.00 | 8.17 |
| Acct: 5737 | | | | |
| ALLIED ADJUSTORS | 365.70 | 8.75 | 0.00 | 8.75 |
| Acct: 4184 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 17,047.13 | 407.73 | 0.00 | 407.73 |
| Acct: 1008 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8828 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 895Q | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 503.19 | 12.04 | 0.00 | 12.04 |
| Acct: 5662 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 25N1 | | | | |
| CREDIT COLLECTIONS USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2501 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1406 | | | | |
| EAST BAY FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4470 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1378 | | | | |
| US DEPARTMENT OF EDUCATION | 27,834.81 | 665.75 | 0.00 | 665.75 |
| Acct: 7065 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0605 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,829.61 | 139.43 | 0.00 | 139.43 |
| Acct: 6982 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8772 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0201 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 19,326.63 | 462.25 | 0.00 | 462.25 |
| Acct: 7065 | | | | |
| NYS HIGHER EDUCATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0461 | | | | |
| PA DEPARTMENT OF REVENUE* | 262.40 | 6.28 | 0.00 | 6.28 |
| Acct: 7065 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7509 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6897 | | | | |
| PYOD LLC - ASSIGNEE | 10,716.94 | 256.33 | 0.00 | 256.33 |
| Acct: 0769 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0966 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0806 | | | | |
| US DEPARTMENT OF EDUCATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9913 | | | | |
| US DEPARTMENT OF EDUCATION | 4,389.59 | 104.99 | 0.00 | 104.99 |
| Acct: 7065 | | | | |
| UNITED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8365 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 996.76 | 23.84 | 0.00 | 23.84 |

15-24436 Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT - CP MEDI | 630.00 | 15.07 | 0.00 | 15.07 |
| Acct: 3000 | | | | |
| INTERNAL REVENUE SERVICE* | 489.41 | 11.71 | 0.00 | 11.71 |
| Acct: 7065 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 242.24 | 5.79 | 0.00 | 5.79 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8359 | | | | |
| VITTI LAW GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST ALLEGHENY SD & FINDLAY TWP (E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2175 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNEDY MEDICAL IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VITTI LAW GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,170.43 |

TOTAL PAID TO CREDITORS                                                                                                              99,630.55

TOTAL CLAIMED
PRIORITY        3,933.67
SECURED        15,873.46
UNSECURED      90,744.34

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES D. BURGGREN, SR.
    KELLEY ANN BURGGREN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-24436

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                           BY THE COURT:

                                                                           U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                             Case No. 15-24436-GLT
James D. Burggren, Sr.                                                             Chapter 13
Kelley Ann Burggren
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel        Page 1 of 4
Date Rcvd: Feb 23, 2021        Form ID: pdf900        Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James D. Burggren, Sr., 514 Aten Road, Coraopolis, PA 15108-9339 |
| jdb | + | Kelley Ann Burggren, 514 Aten Road, Coraopolis, PA 15108-9339 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14147402 | ++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806 address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14197941 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14147400 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14147401 | + | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14161059 | + | Allied Adjustors Inc., P.O. Box 1006, Aliquippa, PA 15001-0806 |
| 14147403 | + | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14147404 | + | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14147405 | + | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14147416 | + | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14147417 | + | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156056 | + | Heritage Valley, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14147418 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14147419 | + | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14161503 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14147424 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14147425 | | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14147427 | + | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14147431 | | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14147435 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14163473 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14229143 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14147436 | + | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14147438 | + | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14147439 | + | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14147440 | + | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14147414 | | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14185313 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:36:09 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14147406 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14147408 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 24 2021 03:37:17 | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14156045 | + | Email/Text: documentfiling@lciinc.com | Feb 24 2021 03:21:00 | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14147409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 03:18:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14147411 | + | Email/Text: ccusa@ccuhome.com | Feb 24 2021 03:20:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14147412 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 24 2021 03:18:00 | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14227348 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:21:00 | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14147413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:22:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14147415 | + | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:37:17 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14156054 | + | Email/Text: bankruptcynotice@fcbanking.com | Feb 24 2021 03:21:00 | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156059 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14147407 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 03:19:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14220146 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 02:43:25 | Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14147420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:04 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14147421 | + | Email/Text: Bankruptcies@nragroup.com | Feb 24 2021 03:36:04 | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14147422 | + | Email/Text: nhc@nhchome.com | Feb 24 2021 03:22:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14147423 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2021 03:18:00 | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14156067 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:37:14 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14221641 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:20:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14156069 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14156071 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14147428 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14147429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 03:19:00 | Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14147430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 02:45:18 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14221058 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:04 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| | | | Feb 24 2021 03:38:31 | PYOD, LLC its successors and assigns as |

| Recip ID | Bypass | Email/Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14149617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14147426 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | Pnc Mort, 3232 Nemark Dr, Miamisburg, OH 45342-5433 |
| 14168578 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158791 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14147432 | | Email/Text: amieg@stcol.com | Feb 24 2021 03:19:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14147433 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 24 2021 03:21:00 | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14147437 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 03:18:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK NA |
| 14147434 | | Tsi/51 |
| 14156038 | *P++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806, address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14156036 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14156037 | *+ | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14156039 | *+ | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14156040 | *+ | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14156041 | *+ | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14156042 | *+ | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14156044 | *+ | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156046 | *+ | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14156047 | *+ | Comnnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |
| 14156048 | *+ | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14156049 | *+ | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14156050 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14156052 | *+ | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156053 | *+ | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14156055 | *+ | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156057 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156060 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14156058 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14156043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14156061 | *+ | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14156062 | *+ | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14156063 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14156064 | *+ | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14156065 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156066 | *+ | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14156072 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156073 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |

| | | |
|---|---|---|
| 14156074 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14156068 | * | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14156070 | *+ | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14156076 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14156075 | * | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14156077 | *+ | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14156078 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14156079 | *+ | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14156080 | *+ | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14156081 | *+ | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14156082 | *+ | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14156083 | *+ | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14156051 | * | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |
| 14147410 | ##+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |

TOTAL: 3 Undeliverable, 41 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021                                    Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK NA kbuttery@rascrane.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK  N.A. kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor James D. Burggren  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 9