| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James D. Burggren Sr.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–7065 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kelley Ann Burggren**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2175 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **15–24436–GLT** | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James D. Burggren Sr.                                              Kelley Ann Burggren

<u>4/22/21</u>                                                               **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24436-GLT |
| James D. Burggren, Sr. | Chapter 13 |
| Kelley Ann Burggren | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 5 |
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James D. Burggren, Sr., Kelley Ann Burggren, 514 Aten Road, Coraopolis, PA 15108-9339 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14147402 | ++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806 address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14147400 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14147401 | + | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14161059 | + | Allied Adjustors Inc., P.O. Box 1006, Aliquippa, PA 15001-0806 |
| 14147403 | + | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14147405 | + | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14147416 | + | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14147417 | + | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156056 | + | Heritage Valley, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14147419 | + | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14161503 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14147424 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14147425 | | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14147427 | + | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14147431 | | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14147435 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14163473 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14147436 | + | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14147438 | + | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14147439 | + | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14147440 | + | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 23 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14197941 | EDI: BECKLEE.COM | Apr 23 2021 03:33:00 | AMERICAN EXPRESS CENTURION BANK, |

Case 15-24436-GLT    Doc 81    Filed 04/24/21    Entered 04/25/21 00:34:30    Desc Imaged
                                Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: lfin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 63 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14185313 | | EDI: AIS.COM | Apr 23 2021 03:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14147404 | + | EDI: BANKAMER2.COM | Apr 23 2021 03:33:00 | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14147406 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14147408 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 23 2021 02:25:00 | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156045 | + | EDI: COMCASTCBLCENT | Apr 23 2021 03:33:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14147409 | + | EDI: WFNNB.COM | Apr 23 2021 03:33:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14147411 | + | EDI: CCUSA.COM | Apr 23 2021 03:33:00 | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14147412 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 23 2021 02:25:00 | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14227348 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 23 2021 02:25:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14147413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:15:13 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14147415 | + | Email/Text: bknotice@ercbpo.com | Apr 23 2021 02:25:00 | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156054 | + | Email/Text: bankruptcynotice@fcbanking.com | Apr 23 2021 02:24:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14147418 | + | EDI: IIC9.COM | Apr 23 2021 03:33:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156058 | + | EDI: IRS.COM | Apr 23 2021 03:33:00 | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14147407 | | EDI: JPMORGANCHASE | Apr 23 2021 03:33:00 | Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14220146 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14147420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:15:13 | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14147421 | + | Email/Text: Bankruptcies@nragroup.com | Apr 23 2021 02:25:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14147422 | + | EDI: NHCLLC.COM | Apr 23 2021 03:33:00 | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14147423 | + | EDI: NAVIENTFKASMSERV.COM | Apr 23 2021 03:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156067 | | EDI: PENNDEPTREV | Apr 23 2021 03:33:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14156067 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14221641 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14147428 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Case 15-24436-GLT | Doc 81 | Filed 04/24/21 | Entered 04/25/21 00:34:30 | Desc Imaged |
Certificate of Notice   Page 5 of 7

District/off: 0315-2 — User: lfin — Page 3 of 5
Date Rcvd: Apr 22, 2021 — Form ID: 3180W — Total Noticed: 63

| Recip ID | Bypass | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14156069 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| | | | Apr 23 2021 02:24:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156071 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14147429 | | EDI: PRA.COM | Apr 23 2021 03:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14147430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14221058 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14149617 | | EDI: PENNDEPTREV | Apr 23 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14149617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14147426 | + | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pnc Mort, 3232 Nemark Dr, Miamisburg, OH 45342-5433 |
| 14168578 | | EDI: Q3G.COM | Apr 23 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158791 | | EDI: Q3G.COM | Apr 23 2021 03:33:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14147432 | | Email/Text: amieg@stcol.com | Apr 23 2021 02:24:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14147433 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 23 2021 02:25:00 | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14229143 | | EDI: ECMC.COM | Apr 23 2021 03:33:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14147437 | + | EDI: VERIZONCOMB.COM | Apr 23 2021 03:33:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14147414 | | EDI: ECAST.COM | Apr 23 2021 03:33:00 | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK NA |
| 14147434 | | Tsi/51 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14156038 | *P++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806, address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14156036 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14156037 | *+ | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14156039 | *+ | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14156040 | *+ | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14156041 | *+ | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14156042 | *+ | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14156044 | *+ | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156046 | *+ | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |

Case 15-24436-GLT   Doc 81   Filed 04/24/21   Entered 04/25/21 00:34:30   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: lfin | Page 4 of 5 |
| --- | --- | --- |
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 63 |

| | | |
| --- | --- | --- |
| 14156047 | *+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |
| 14156048 | *+ | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14156049 | *+ | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14156050 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14156052 | *+ | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156053 | *+ | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14156055 | *+ | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156057 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156060 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14156059 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14156043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14156061 | *+ | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14156062 | *+ | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14156063 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14156064 | *+ | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14156065 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156066 | *+ | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14156072 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156073 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14156074 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14156068 | * | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14156070 | *+ | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14156076 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14156075 | * | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14156077 | *+ | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14156078 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14156079 | *+ | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14156080 | *+ | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14156081 | *+ | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14156082 | *+ | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14156083 | *+ | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14156051 | * | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |
| 14147410 | ##+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |

TOTAL: 3 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 5 of 5 |
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 63 |

        on behalf of Creditor PNC BANK NA bnicholas@kmllawgroup.com

Kevin M Buttery
        on behalf of Creditor PNC BANK NA kbuttery@rascrane.com

Kevin M Buttery
        on behalf of Creditor PNC BANK  N.A. kbuttery@rascrane.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
        on behalf of Debtor James D. Burggren  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
        on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
        on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 10