**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/22/21 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES D. BURGGREN, SR.
KELLEY ANN BURGGREN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-24436

Chapter 13

Related to Dkt. No. 73

## ORDER OF COURT

AND NOW, this 22nd day of April 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-24436-GLT
James D. Burggren, Sr.     Chapter 13
Kelley Ann Burggren
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 4
Date Rcvd: Apr 22, 2021     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James D. Burggren, Sr., Kelley Ann Burggren, 514 Aten Road, Coraopolis, PA 15108-9339 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14147402 | ++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806 address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14197941 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14147400 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14147401 | + | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14161059 | + | Allied Adjustors Inc., P.O. Box 1006, Aliquippa, PA 15001-0806 |
| 14147403 | + | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14147404 | + | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14147405 | + | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14147416 | + | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14147417 | + | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156056 | + | Heritage Valley, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14147418 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14147419 | + | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14161503 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14147424 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14147425 | | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14147427 | + | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 14147431 | | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14147435 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14163473 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14229143 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14147436 | + | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14147438 | + | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14147439 | + | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14147440 | + | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14147414 | | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14185313 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 02:17:04 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14147406 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |

Case 15-24436-GLT    Doc 82    Filed 04/24/21    Entered 04/25/21 00:34:30    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| 14147408 | + Email/Text: bankruptcy@firstenergycorp.com | Apr 23 2021 02:25:00 | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156045 | + Email/Text: documentfiling@lciinc.com | Apr 23 2021 02:24:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14147409 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2021 02:24:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14147411 | + Email/Text: ccusa@ccuhome.com | Apr 23 2021 02:24:00 | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14147412 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 23 2021 02:25:00 | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14227348 | + Email/Text: kburkley@bernsteinlaw.com | Apr 23 2021 02:25:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14147413 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14147415 | + Email/Text: bknotice@ercbpo.com | Apr 23 2021 02:25:00 | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156054 | + Email/Text: bankruptcynotice@fcbanking.com | Apr 23 2021 02:24:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14156058 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 02:24:00 | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14147407 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:16:59 | Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14220146 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:15:13 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14147420 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:15:14 | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14147421 | + Email/Text: Bankruptcies@nragroup.com | Apr 23 2021 02:25:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14147422 | + Email/Text: nhc@nhchome.com | Apr 23 2021 02:24:00 | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14147423 | + Email/PDF: pa_dc_claims@navient.com | Apr 23 2021 02:15:13 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156067 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14221641 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14147428 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156069 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156071 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pnc Mortgage, 3232 Nemark Dr, Miamisburg, OH 45342 |
| 14147429 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 02:15:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14147430 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14221058 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:22 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | |
|---|---|---|---|---|
| 14149617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14147426 | + | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 02:24:00 | Pnc Mort, 3232 Nemark Dr, Miamisburg, OH 45342-5433 |
| 14168578 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 02:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158791 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 02:24:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14147432 | | Email/Text: amieg@stcol.com | Apr 23 2021 02:24:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14147433 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 23 2021 02:25:00 | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14147437 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 23 2021 02:24:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK NA |
| 14147434 | | Tsi/51 |
| 14156038 | *P++ | ALLIED ADJUSTORS INC, PO BOX 1006, ALIQUIPPA PA 15001-0806, address filed with court:, Allied Adjustors, 845 23rd St, Aliquippa, PA 15001 |
| 14156036 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14156037 | *+ | Access Receivables, 200 E Joppa Rd Ste 310, Towson, MD 21286-3108 |
| 14156039 | *+ | Amrican Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14156040 | *+ | Bank of America, P.O. Box 1598, Norfolk, VA 23501-1598 |
| 14156041 | *+ | Brighton Radiology, 300 S Walnut Lane #100, Beaver, PA 15009-1738 |
| 14156042 | *+ | Cach LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14156044 | *+ | Collection Service Center, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14156046 | *+ | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14156047 | *+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |
| 14156048 | *+ | Credit Coll/Usa, Po Box 873, Morgantown, WV 26507-0873 |
| 14156049 | *+ | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14156050 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14156052 | *+ | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156053 | *+ | Fed Loan Service, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14156055 | *+ | First National Bank, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14156057 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156060 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14156059 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14156043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank Usa, Na, Post Office Box 9180, Pleasanton, CA 94566 |
| 14156061 | *+ | Kennedy Medical Imaging, 1800 Pine Hollow Road #1D, Mc Kees Rocks, PA 15136-1543 |
| 14156062 | *+ | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 14156063 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14156064 | *+ | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 14156065 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14156066 | *+ | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14156072 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pncbank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14156073 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14156074 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 14156068 | * | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14156070 | *+ | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |

Case 15-24436-GLT    Doc 82    Filed 04/24/21    Entered 04/25/21 00:34:30    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: lfin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| | | |
|---|---|---|
| 14156076 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14156075 | * | Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264-3439 |
| 14156077 | *+ | Transworld Sys Inc/51, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14156078 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14156079 | *+ | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-2199 |
| 14156080 | *+ | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14156081 | *+ | Vitti & Vitti, 215 Fourth Avenue, Pittsburgh, PA 15222-1707 |
| 14156082 | *+ | Vitti and Vitti and Associates, P.C., 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14156083 | *+ | West Allegheny School District, Finley Township Municipal Center, PO Box 177, Clinton, PA 15026-0177 |
| 14156051 | * | eCast Settlement Corporation, P.O. Box 29262, New York, NY 10087-9262 |
| 14147410 | ##+ | Comnonwealth Finanacial, 960 N Main Ave, Scranton, PA 18508-2126 |

TOTAL: 3 Undeliverable, 41 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NA bnicholas@kmllawgroup.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK NA kbuttery@rascrane.com |
| Kevin M Buttery | on behalf of Creditor PNC BANK  N.A. kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor James D. Burggren  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Kelley Ann Burggren ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 10